**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**SOUTH BEND DIVISION**

| | | |
|---|---|---|
| **STEPHEN L. SNOW** | § | |
| **Plaintiff,** | § | **Case No. 3:18-cv-00127-PPS-MGG** |
| **v.** | § | |
| **FOREST RIVER, INC. AND** | § | |
| **WILLIAM K. COLAW, INDIVIDUALLY** | § | |
| **AND DOING BUSINESS AS** | § | |
| **COLAW RV PARTS** | § | |
| **Defendants.** | § | |

**NOTICE OF SETTLEMENT**

**TO THE HONORABLE UNITED STATES COURT:**

Plaintiff, STEPHEN L. SNOW, and Defendant, WILLIAM K. COLAW, INDIVIDUALLY AND DOING BUSINESS AS COLAW RV PARTS, have reached a settlement in this matter. Plaintiff and Defendants will submit an agreed motion of dismissal with prejudice within 60 days.

RESPECTFULLY SUBMITTED:

BY: /s/ *Richard C. Dalton*
Richard C. Dalton
Texas Bar No. 24033539
Louisiana Bar No. 23017
California Bar No. 268598
1343 West Causeway Approach
Mandeville, Louisiana 70471
E-mail: rick@rickdaltonlaw.com
Tel. (985) 778-2215
Fax: (985) 778-2233

ATTORNEY FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

I hereby certify that on March 14, 2019, I electronically filed this document through the CM/ECF system, which will send a notice of electronic filing to all parties through their attorney of record on file with the court.

/s/ *Richard C. Dalton*
RICHARD C. DALTON