# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# SOUTH BEND DIVISION

| | |
|---|---|
| STEPHEN SNOW, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )  3:18-cv-00127-PPS-MGG |
| | ) |
| FOREST RIVER, INC., *et al.*, | ) |
| | ) |
| Defendants. | ) |

## ORDER

Plaintiff, Stephen Snow, filed a Notice of Voluntary Dismissal Without Prejudice Pursuant to F.R.C.P. Rule 41(a)(1). [DE 32.] The dismissal is filed pursuant to Rule 41(a)(1)(A)(i), and was filed before the opposing party served either an answer or a motion for summary judgment.

Pursuant to Federal Rule of Civil Procedure Rule 41(a)(1)(A)(i), the Notice of Voluntary Dismissal [DE 32] is **GRANTED**. The Clerk is **ORDERED** to **DISMISS THE CLAIMS AGAINST DEFENDANT,** William K. Colaw, Individually and doing business as Colaw RV Parts**, WITHOUT PREJUDICE.**

ENTERED: March 20, 2019.

/s/ Philip P. Simon
PHILIP P. SIMON, JUDGE
UNITED STATES DISTRICT COURT